UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

MARGARET D. NEWTON,

    Petitioner,

v.                                Case No. 13-5012

OFFICE OF THE ARCHITECT OF THE CAPITOL,

    Respondent.

### ENTRY OF APPEARANCE OF COUNSEL FOR THE PETITIONER

The Court will please enter the appearance of Jeffrey H. Leib as counsel for the Petitioner, Margaret D. Newton, in the above captioned matter.

Respectfully submitted,

*[signature]*

Jeffrey H. Leib, Bar #89649
Attorney At Law
5104 34th Street, N.W.
Washington, D.C. 20008
(202) - 362 - 0682
(202) - 244 - 1120

February 14, 2013

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th of February, 2013, a copy of the foregoing Entry of Appearance of Counsel for the Petitioner was served on Defendant via ECF.

*[signature]*
Jeffrey H. Leib